ORIGINAL

FILED

09/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0001

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### PR 24-0001

---

MONTANA CUSTOM LOG HOMES, INC.,

    Plaintiff,

v.

EDDY MICHAELLY,

    Defendant

ORDER

FILED

SEP 2 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

---

Eddy Michaelly, representing himself, has requested to disqualify the Honorable Jennifer B. Lint from presiding in Cause No. DV-41-2022-077 in the Twenty-First Judicial District Court, Ravalli County, pursuant to § 3-1-805, MCA.

The basis for the affidavit appears to be Michaelly's disagreement with rulings Judge Lint made in this matter. However, § 3-1-805(1)(b), MCA, provides that an affidavit cannot be based solely on rulings in the case which can be addressed on appeal.

IT IS THEREFORE ORDERED that the motion to disqualify Judge Lint is VOID and thereby DENIED.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Ravalli County for notification to all parties in Cause No. DV-41-2022-077 and to the Honorable Jennifer B. Lint.

DATED this 20 day of September, 2024.

For the Court,

By _____
        Chief Justice